FRANK B. EATON, RESPONDENT, v. VILLAGE OF SOUTH ORANGE ET AL., APPELLANTS.

Argued May 20, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 956.

For the appellants, *Riker & Riker.*

For the respondent, *Howe & Davis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.    12.

*For reversal*—None.